UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

-----------------------------------------------------------X
CHRISTINA WEAVER, ADMINISTRATRIX
OF THE ESTATE OF JOSEPH J. O'DONNELL
& CHRISTINA WEAVER, INDIVIDUALLY,

|                        |                     |
|------------------------|---------------------|
| Plaintiffs,            | 3:22-CV-00352-JCH   |
| v.                     | FEBRUARY 15, 2024   |

UNITED STATES OF AMERICA,

Defendant.
-----------------------------------------------------------X

## JOINT STATUS REPORT

Plaintiffs Christina Weaver, Administratrix and Christina Weaver, individually, together with Mulvaney Mechanical, Inc., McKenney Mechanical Contractors, Inc., Power & Process, Inc., and the United States of America jointly report the status of the case as follows:

1. The parties participated in two days of mediation with Hon. Terrence Zemetis on January 30 and 31, 2024.

2. Subsequent to the mediation, the parties reached a global settlement in principle to resolve all claims raised in this litigation. This settlement is contingent upon several final approvals, including final approval from the Department of Justice. The parties anticipate it will be several weeks before the settlement is finalized but they have no present concern that the settlement will not achieve all necessary approvals.

3.  In light of the foregoing, the parties consent to the Court administratively closing the case, with all parties retaining the right to seek to reopen, while the necessary approvals are obtained.

4.  Accordingly, the parties seek until April 15, 2024 to obtain necessary approvals and file a stipulation discontinuing the case with prejudice.

PLAINTIFFS,
CHRISTINA WEAVER, ADMINISTRATIX AND
CHRISTINA WEAVER, INDIVIDUALLY

By their Attorneys:

/s/ *Chris Parkin*
Christopher Parkin (ct28074)
Law Office of Chris Parkin, LLC
69 North Street
Danbury, CT 06810
Tel.: (203) 290-1907
Fax: (203) 900-7600
Email: chris@parkinlegal.com

/s/ *Andrew J. Buzzi, Jr.*
Andrew J. Buzzi, Jr. (ct05778)
The Law Office of Andrew J. Buzzi, Jr, LLC
69 North Street
Danbury, CT 06810
Tel.: (203) 961-9176
Fax: (203) 748-2665
Email: pleadings@ajblaw.com

PLAINTIFF-INTERVENOR,
MULVANEY MECHANICAL, INC.
By its Attorneys:

/s/ Scott Casher, Esq
White and Williams LLP
9 West Broad Street, Suite 7101
Stamford, CT 06902

Tel: 475.977,9316
Fax: 203.504.7969
E-mail: cashers@whiteandwilliams.com

/s/ Brett Tishler (*Pro Hac Vice*)
White and Williams LLP
1650 Market Street
One Liberty Place, Suite 1800
Philadelphia, PA 19103
Tel: 215.864.6879
Fax: 215.789.7576
E-mail: tishlerb@whiteandwilliams.com


DEFENDANT,
THE UNITED STATES OF AMERICA

By Its Attorney:

VANESSA ROBERTS AVERY
UNITED STATES ATTORNEY

/s/ Jillian Rose Orticelli
Jillian Rose Orticelli (ct28591)
J. Brian Meskill (ct29611)
Assistant United States Attorneys
157 Church Street, 25th Floor
New Haven, CT 06510
Tel.: (203) 821-3700
Fax: (203) 821-5373
Email: Jillian.Orticelli@usdoj.gov
        Brian.Meskill@usdoj.gov


THE DEFENDANT,
MCKENNEY MECHANICAL CONTRACTORS,
INC.

   /s/ Mark A. Milano
Mark A. Milano, Esq. (ct01062)
Milano & Wanat LLC
471 East Main Street
Branford, Connecticut 06405
Tel.: (203)315-7000
Fax: (203)315-7007
Email: mmilano@mwllc.us


3

COUNTERCLAIM DEFENDANT
MULVANEY MECHANICAL INC.
/s/ Eileen R. Becker
Eileen R. Becker
Federal Bar No. ct14591
FULLERTON BECK, LLP
110 Washington Avenue, 3rd Floor
North Haven, CT  06473
Tel. No.: (203) 234-6385
Fax No. (914) 471-8868
Email: ebecker@fullertonbeck.com

APPORTIONMENT DEFENDANT
POWER AND PROCESS INC.

/s/ Michael C. Deakin
Michael C. Deakin
Federal Bar No. Ct15376
ESTY & BUCKMIR LLC
2285 Whitney Avenue
Hamden, CT 06517
203-246-5678
203-288-9974 (fax)
Email: mdeakin@estyandbuckmir.com

4